UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODOLFO DIAZ, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | No. 4:15-cv-01282<br>consol. w/ No. 4:15-cv-02674 |
| APPLIED MACHINERY CORPORATION, NABORS CORPORATE SERVICES, INC. and NABORS INDUSTRIES, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## NOTICE OF CONSENT

I consent to be a party plaintiff in this lawsuit to collect unpaid wages. I agree to be bound by the Contingent Fee Agreement between the named plaintiff(s) and MOORE & ASSOCIATES and/or WILLIAMSON, SEARS & RUSNAK, L.L.P. By joining this lawsuit, I designate the named plaintiff(s) as my representative to make decisions on my behalf concerning the method and manner of conducting the lawsuit, the approval of any settlement, and all other matters pertaining to this lawsuit. I consent, agree and elect to be bound by any ruling, settlement or judgment, whether favorable or unfavorable. I also understand that while I have the right to choose other counsel and/or to pursue my claims on my own behalf, I choose to be represented by MOORE & ASSOCIATES and WILLIAMSON, SEARS & RUSNAK, L.L.P. and any other attorneys with whom they may associate, and I authorize them to pursue any claims I may have relating to unpaid wages, including such litigation as may be necessary.

_Jorge Barreras_
Signature

_08/01/16_
Date Signed

_Jorge Barreras_
Printed Name