UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODOLFO DIAZ, et al., | § § § | |
| Plaintiffs, | § § | No. 4:15-cv-01282 |
| v. | § § | consol. w/ No. 4:15-cv-02674 and No. 4:15-cv-00989 |
| APPLIED MACHINERY CORPORATION; NABORS CORPORATE SERVICES, INC. and NABORS INDUSTRIES, INC., | § § § § § | HON. SIM LAKE |
| Defendants. | § § | |

AND

| | | |
|---|---|---|
| JUAN DE DIOS HERNANDEZ, et al. | § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| APPLIED MACHINERY CORPORATION; NABORS CORPORATE SERVICES, INC. And NABORS INDUSTRIES, INC., | § § § § § | |
| Defendants. | § § | |

**PLAINTIFFS' NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff Rodolfo Diaz, Individually, and on behalf of all others similarly situated, to hereby file this Notice of Settlement and respectfully show the Court as follows:

1. Plaintiffs and the Defendants have reached a settlement in the above referenced case and are in the process of finalizing the settlement, including execution of the settlement agreement and motion documents.

2. A joint motion for the approval of the settlement and final judgment will be filed once the settlement is finalized.

3. The parties request that the Court enter a ninety (90) day conditional dismissal order.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| SEARS & CRAWFORD, LLP | MOORE & ASSOCIATES |
| By: s/ Ross A. Sears, II w/p MAM | By: /s/ Melissa Moore |
| Ross A. Sears, II | Melissa Moore |
| State Bar No. 17960011 | State Bar No. 24013189 |
| Federal Id. No. 17626 | Federal Id. No. 25122 |
| 1200 Rothwell Street | Curt Hesse |
| Houston, Texas 77002 | State Bar No. 24065414 |
| Telephone: (713) 223-3333 | Federal Id. No. 968465 |
| Facsimile: (713) 223-3331 | Lyric Centre |
| Email: ross@searscrawford.com | 440 Louisiana Street, Suite 675 |
| | Houston, Texas 77002 |
| **ATTORNEYS FOR PLAINTIFFS** | Telephone: (713) 222-6775 |
| | Facsimile: (713) 222-6739 |
| | **ATTORNEYS FOR PLAINTIFFS** |

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of August in the year 2017, I filed this motion with the Court's CM/ECF system which will send notification of such filing to all counsel of record.

                                        _/s/ Melissa Moore_
                                        Melissa Moore