United States District Court
Southern District of Texas
**ENTERED**
October 18, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODOLFO DIAZ, Individually and On Behalf of All Others Similarly Situated, <br> Plaintiff, <br><br> v. <br><br> APPLIED MACHINERY CORPORATION; NABORS CORPORATE SERVICES, INC. and NABORS INDUSTRIES, INC. <br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:15-cv-01282 <br><br><br> HON. SIM LAKE |

AND

| | | |
|---|---|---|
| JUAN DE DIOS HERNANDEZ, Individually and On Behalf of All Others Similarly Situated, <br> Plaintiff, <br><br> v. <br><br> APPLIED MACHINERY CORPORATION; NABORS CORPORATE SERVICES, INC. and NABORS INDUSTRIES, INC. <br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 4:17-cv-00989 <br><br><br> ~~HON. NANCY ATLAS~~ |

**[PROPOSED] ORDER ON
MOTION TO APPROVE FLSA SETTLEMENT AGREEMENT
AND MOTION TO DISMISS**

This Court having reviewed the Joint Motion to Approve FLSA Settlement Agreement and Motion to Dismiss filed by Defendants Applied Machinery Corporation ("AMC"), Nabors Corporate Services, Inc., and Nabors Industries, Inc. ("Nabors") Plaintiff Rodolfo Diaz, individually and on behalf of all others similarly situated, and Plaintiff Juan De Dios Hernandez, individually and on behalf of all others similarly situated (collectively, "the Parties"), is of the opinion that the Motion should be GRANTED.

Therefore, it is ORDERED that the Confidential Settlement Agreement for the *Diaz* Plaintiffs is approved.

It is ORDERED that the Confidential Settlement Agreement for the *Hernandez* Plaintiffs is approved.

It is FURTHER ORDERED that the Class Representative Releases of Claims and the Class Member Releases of Claims forms attached to the *Diaz* Confidential Settlement Agreement, to be executed by the *Diaz* Plaintiffs, are also approved.

It is ALSO ORDERED that the Class Representative Release of Claims and the Class Member Release of Claims forms attached to the *Hernandez* Confidential Settlement Agreement, to be executed by the *Hernandez* Plaintiffs, are also approved.

It is FURTHER ORDERED that this case is dismissed in its entirety, with prejudice.

SIGNED at Houston, Texas, this 17th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE SIM LAKE